# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MELISSA GILVIN, et al.,

    Plaintiffs,

vs.

FCA US LLC, et al.,

    Defendants.

Case No. 1:18-cv-107

Dlott, J.
Bowman, M.J.

## SUPPLEMENTAL REPORT AND RECOMMENDATION

This civil action is before the Court on Defendant Ally Financials' ("Ally") motion for clarification of the December 21, 2018 Report and Recommendation.  (Doc. 28).  Notably, on December 21, 2018, the undersigned issued a Report and Recommendation that "Defendants' motions (Docs. 16, 17) to dismiss should be GRANTED in part, and DENIED in part, consistent with this Report and Recommendation." (Doc. 27 at p. 14).  Defendant's motion to Clarify is well-taken.  To the extent that this Recommendation is ambiguous the undersigned herein issues the following clarification:

For good cause shown and for the reasons stated in Defendant's motion (i.e. Plaintiff's amended complaint fails to allege any claims against Ally Financial in Plaintiffs' Amended Complaint), it is therefore **RECOMMENDED** that Defendant Ally's motion to dismiss (Doc. 16) be **GRANTED, in toto**, and Defendant Ally be dismissed from this action.  All other aspects of the R&R (Doc. 27) remain as docketed.

                                             *s/ Stephanie K. Bowman*
                                             Stephanie K. Bowman
                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MELISSA GILVIN, et al., | Case No. 1:18-cv-107 |
| Plaintiffs, | |
| | Dlott, J. |
| vs. | Bowman, M.J. |
| FCA US LLC, et al., | |
| Defendants. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).