IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Melissa Gilvin, et al.,

    Plaintiff(s),

vs.

FCA US, LLC,

    Defendant(s).

Case Number: 1:18cv107

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 21, 2018 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 4, 2019, hereby ADOPTS said Report and Recommendation.

Defendant Ally Financial, Inc. filed a motion to clarify the Report and Recommendation (Doc. 28) which was granted by the Magistrate (Doc. 29). The Magistrate Judge then filed a Supplemental Report and Recommendation. Objections were due by January 22, 2019 and none were filed.

Accordingly, plaintiffs' motion to remand (Doc. 15) is DENIED. Defendant's motion to dismiss (Doc. 16) is GRANTED and Ally Financial, Inc. is DISMISSED. Defendant FCA's motion to dismiss is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court