IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MELISSA GILVIN, et al., | : | Case No. 1:18-cv-00107 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| FCA US LLC, et al., | : | |
| Defendants. | : | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court has been advised by Magistrate Judge Karen L. Litkovitz that this case has been successfully mediated and settled.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**            UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF OHIO

                         By:     */s/ Matthew W. McFarland*
                             JUDGE MATTHEW W. McFARLAND